# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Deleena Marie Painte, ) | Case No. 1:23-cr-213 |
| ) | |
| Defendant. ) | |

On December 6, 2023, the court issued an order releasing Defendant subject to a number of conditions, one of which was the requirement that she reside at Blessed Builders, a sober living facility Bismarck, North Dakota. (Doc. No. 215). On January 26, 2024, the court modified Defendant's release conditions to permit her to reside at Twyla's House, a sober living facility also located in Bismarck, with the caveat that she was to surrender to the custody of the United States Marshal if terminated from Twyla's House.

On March 1, 2024, the Pretrial Services Office and the United States Marshals Service advised the court that Defendant was terminated by Twyla's House, surrendered to the custody of the United States Marshal as required by the court's order, and is being housed at the Burleigh Morton Detention Center.

Meanwhile, Defendant filed a "Motion Amending Bond Conditions." (Doc. No. 353). Therein she requested that the court amend her release conditions to permit her to reside at a sober living facility located at 312 West Reno Avenue in Bismarck. She further advised that she has recently obtained employment at the Radisson Hotel in Bismarck.

Defendant's surrender to the United States Marshal following her termination from Twyla's

1

House weighs in her favor. Nevertheless, the court cannot ascertain from the present record why Defendant was terminated from Twyla's House. In addition, the court cannot ascertain from Defendant's motion the name of the sober living facility at which she is proposing to reside or whether this facility can and will immediately accept her. Consequently, the court shall defer ruling on Defendant's motion pending a hearing. In the interim, Defendant shall remain in the custody of the United States Marshal.

A hearing on Defendant's motion shall be scheduled for March 5, 2024, at 2:00 PM by telephone. To participate, counsel should call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 1st day of March, 2024.

/s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court